IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:24-CR-238-D

| UNITED STATES OF AMERICA | |
|---|---|
| vs. | **ORDER** |
| TERRY ANDREW CHAVIS | |

This matter is before the Court on Defendant's Motion to Seal Docket Entry 116 pursuant to Local Rule 55.2, and the Court finding good cause, the Motion is hereby GRANTED. Docket Entry 116 shall remain sealed until further Order of the Court.

SO ORDERED. This __13__ day of August, 2025.

James C. Dever III
United States District Judge

1